1  TIMOTHY T. HUBER (99800)
   LAW OFFICES OF TIMOTHY T. HUBER
2  4364 Town Center Blvd Suite 218
   El Dorado Hills, CA 95762
3  Tel.:916.358.8830
   Fax: 916.404.5705
4  timothyhuber@sbcglobal.net

5  MARK B. DICKOW (P36434)
   MARK B. DICKOW, P.C.
6  370 E. Maple Rd. 3rd Fl.
   Birmingham, MI 48009
7  Tel: 248-530-0762
   mbd@dickowlaw.com

8  Attorneys for Plaintiff
   STACEY SABOL-KRUTZ

9

10 JACKSON LEWIS P.C.
   DALE R. KUYKENDALL (SBN148833)
11 801 K Street, Suite 2300
   Sacramento, California 95814
12 Telephone: (916) 341-0404
   Facsimile: (916) 341-0141
13 Kuykendd@jacksonlewis.com

14 MARLO JOHNSON ROEBUCK (P65640)
   JACKSON LEWIS P.C.
15 2000 Tower Center
   Suite 1650
16 Southfield, MI 48075
   RoebuckM@jacksonlewis.com

17 Attorneys for Defendant
   QUAD ELECTRONICS, INC. D/B/A CABLCON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACEY SABOL-KRUTZ<br><br>        Plaintiff,<br><br>        vs.<br><br>QUAD ELECTRONICS, INC. d/b/a CABLCON, | CASE NO.: 2:15-CV-00201-MCE-AC<br>**STIPULATION AND ORDER TO TRANSFER ACTION TO U.S. DISTRICT COURT FOR THE EASTERN DISTRICT OF MICHIGAN-SOUTHERN DIVISION** |

STIPULATION AND ORDER TO TRANSFER - 1

A MICHIGAN CORPORATION,

    DEFENDANT.

Plaintiff STACEY SABOL-KRUTZ, and Defendant Quad Electronics, Inc. d/b/a Cablcon by and through their respective attorneys of records, and hereby stipulate and consent that this matter may be transferred to the U.S. District Court for the Eastern District of Michigan, Southern Division, pursuant to 28 U.S.C. § 1404(a) as a more convenient forum.

Respectfully submitted,

Dated: Sept. 9, 2015          LAW OFFICES OF TIMOTHY T. HUBER

                                      By: */s/ Timothy T. Huber*
                                            TIMOTHY T. HUBER
                                            Attorney for Plaintiff
                                            STACY SABOL-KRUTZ

Dated: Sept. 9, 2015          JACKSON LEWIS P.C.

                                      By: */s/ Dale R. Kuykendall*
                                            DALE R. KUYKENDALL
                                            JEANETTE R. YOUNGBLOOD
                                            Attorneys for Defendant
                                            QUAD ELECTRONICS, INC. D/B/A
                                                        CABLCON

ORDER

Based on the stipulation of the parties and their consent to transfer, for good cause shown, IT IS HEREBY ORDERED that this action shall be transferred to the United States District Court for the Eastern District of Michigan, Southern Division pursuant to 28 U.S.C. § 1404(a).

IT IS SO ORDERED.

Dated: September 18, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

STIPULATION AND ORDER TO TRANSFER - 3